UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATERVIEW POWER GROUP LLC,<br><br>Plaintiff,<br><br>-v-<br><br>TENSORWAVE INC., VANTAGE DATA CENTERS CANADA QC24-B, LIMITED PARTNERSHIP, and DARRICK HORTON,<br><br>Defendants. | 26-cv-9235 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On consent of the parties, the Clerk of the Court is directed to unseal this case, including all filings previously sealed.

SO ORDERED.

New York, New York
November 17, 2026

JED S. RAKOFF, U.S.D.J.