**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Sent:** Tuesday, October 20, 2026 4:32 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:26-mc-00501-JPO ABC v. DEF Order on Motion for Leave to File Case Under Seal

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 10/20/2026 at 4:32 PM EDT and filed on 10/20/2026

**Case Name:** ABC v. DEF
**Case Number:** 1:26-mc-00501-JPO
**Filer:**
**Document Number:** 9(No document attached)

**Docket Text:**
**ORDER granting [7] Motion for Leave to File Case Under Seal: Granted. The Clerk of Court is directed to seal the all the entries at ECF Nos. [1]-[4] and to correct the caption to reflect the unredacted names of the parties. Defendants are still directed to inform the Court as to whether they consent to this action proceeding on the public docket within three days after a notice of appearance has been entered on their behalf. Cases sought to be filed under seal for which permission is granted must not be initiated electronically and must be submitted in the traditional manner, on paper. Please see Section 14.2 of the ECF Rules and Instructions. ECF RULES & INSTRUCTIONS (HEREBY ORDERED by Judge J. Paul Oetken)(Text Only Order) (aj) Transmission to Office of the Clerk of Court for processing.**

**1:26-mc-00501-JPO Notice has been electronically mailed to:**

Avery S Mehlman amehlman@herrick.com, courtnotices@herrick.com

Jared Hotchkiss jhotchkiss@herrick.com, courtnotices@herrick.com

**1:26-mc-00501-JPO Notice has been delivered by other means to:**